UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA A. GARCIA, individually and on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUEST GROUP CONSULTING, LLC, a Georgia limited liability company; QUEST GROUP SEARCH, LLC, a Georgia limited liability company; DOUGLAS SHAENER, an individual; JASON HANGES, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 21-cv-02041-H-WVG<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE**<br><br>[Doc. No. 5.] |

On December 13, 2021, Defendants Quest Group Consulting, LLC, Quest Group Search, LLC, Douglas Shaener, and Jason Hanges filed a motion to dismiss Plaintiff Maria Garcia's complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). (Doc. No. 3.) A hearing on Defendants' motion to dismiss is currently scheduled for Monday, January 24, 2022 at 10:30 a.m.

1

On December 16, 2021, Plaintiff filed a motion to continue the hearing on Defendants' motion to dismiss until 30 days after the hearing on her motion to remand that she intends to file by December 30, 2021.  (Doc. No. 5.)  For good cause shown, the Court grants Plaintiff's motion.  The Court continues the hearing on Defendants' motion to dismiss to **Monday, February 28, 2022** at **10:30 a.m.**  The Court schedules a hearing for Plaintiff's motion to remand for **Monday, January 31, 2022** at **10:30 a.m.**  Plaintiff must file the motion to remand by **December 30, 2021**.

**IT IS SO ORDERED.**

DATED: December 20, 2021

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT